

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00035-CR

| | | |
|---|---|---|
| RICCI CHAMBLESS BRADDEN II, Appellant | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1518397R) |
| | § | August 15, 2019 |
| V. | § | Opinion by Justice Dauphinot |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot